IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6- 18-cv-836-Orl-40DCI

WILLIAM LANGE,
Plaintiff,
v.
GLOBAL LENDING SERVICES, LLC
Defendant.
_____/

## MEDIATION REPORT

In accordance with the Notice of Mediation a mediation conference was conducted by Viktoria Collins, Florida Supreme Court Certified Circuit Civil Mediator, on January 7, 2019.

(1) The following parties and their trial counsel attended the mediation conference:

(a) Plaintiff William Lange and Plaintiff's attorney Geoff Parmer, Esquire.

(b) Defendant's Representatives Kristen Miller, Esquire and Jayson Millson and Defendant's attorneys, Benjamin Hutnick, Esquire and Travis Halstead, Esquire.

(2) The results of the conference are indicated below:

A settlement was reached.

Respectfully submitted this 7th day of January 2019.

                                                                           <u>Viktoria Collins</u>
                                                                           Viktoria Collins, Esquire
                                                                           Circuit Court Mediator
                                                                           Certification No.: 20426CFRA
                                                                           Fla. Bar No. 0521299
                                                                           4767 New Broad Street
                                                                           Orlando, FL 32814
                                                                           Telephone: (407) 790 4173
                                                                           Facsimile: (407) 347 4092

cc:    Geoff Parmer, Esquire
          Benjamin Hutnick, Esquire
          Travis Halstead, Esquire