UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILLIAM LANGE

    Plaintiff,

v.                                     CASE NO.:   6:18-CV-00836-PGB-KRS

GLOBAL LENDING SERVICES, LLC,

    Defendant.

## NOTICE OF PENDING SETTLEMENT

**PLAINTIFF,** WILLIAM LANGE, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, WILLIAM LANGE, and Defendant, GLOBAL LENDING SERVICES, LLC, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 28th day of January 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

                Respectfully submitted,

                */s/William "Billy" Peerce Howard*
                William "Billy" Peerce Howard, Esq.
                Florida Bar No. 0103330
                THE CONSUMER PROTECTION FIRM, PLLC
                4030 Henderson Blvd.
                Tampa, FL 33629
                Telephone: (813) 500-1500, ext. 205
                Facsimile: (813) 435-2369
                Billy@TheConsumerProtectionFirm.com
                *Attorney for Plaintiff*