UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILLIAM LANGE,

    Plaintiff,

v().                                       CASE NO.: 6: 18-cv-00836-PGB-DCI

GLOBAL LENDING SERVICES, LLC.

    Defendant.

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

COMES NOW, Plaintiff William Lange and Defendant Global Lending Services, LLC by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and would represent to the Court that this action has been resolved, and would request entry of an Order dismissing this matter with prejudice, each party to bear their own costs and attorneys' fees.

Respectfully submitted on February 26, 2019.

| | |
|---|---|
| /s/William "Billy" Peerce Howard, Esq. | /s/ Travis J. Halstead |
| William "Billy" Peerce Howard, Esq. | Travis J. Halstead |
| Florida Bar No. 0103330 | Florida Bar No.: 612901 |
| THE CONSUMER PROTECTION FIRM, PLLC | BAKER, DONELSON, BEARMAN, |
| 4030 Henderson Blvd. | CALDWELL & BERKOWITZ, PC |
| Tampa, FL 33629 | SunTrust Center |
| Telephone: (813) 500-1500 | 200 S. Orange Ave., Ste. 2900 |
| Facsimile: (813) 435-2369 | P.O. Box 1549 (32802) |
| Billy@TheConsumerProtectionFirm.com | Orlando, FL 32801 |
| Attorney for Plaintiff | Tel: (407) 422-6600 |
| | Fax: (407) 841-0325 |
| | thalstead@bakerdonelson.com |
| | rgustafson@bakerdonelson.com |
| | fedcts@bakerdonelson.com |
| | Attorney for GLS |